THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR95-0296-JCC |
| Plaintiff, | ORDER |
| v. | |
| THOMAS ANDREW HOLZBOG, | |
| Defendant. | |

This matter comes before the Court on Defendant Thomas Holzbog's motion to appoint counsel (Dkt. No. 76). The Court understands that Mr. Holzbog has been released from custody. Thus, having thoroughly considered the motion and the relevant record, the Court finds oral argument unnecessary and hereby DENIES the motion as moot.

DATED this 16th day of December 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE